1  STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
   ANDREA BREUER, ESQ.; STATE BAR NO.: 161819
2
3      **THARPE & HOWELL, LLP**
   **15250 Ventura Boulevard, Ninth Floor**
       **Sherman Oaks, California 91403**
4      **(818) 205-9955; (818) 205-9944 fax**

5  E-Mail:  sforman@tharpe-howell.com
   E-Mail:  abreuer@tharpe-howell.com
6
7  Attorneys for Defendant,
   LOWE'S HOME CENTERS, LLC

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10

11 GUADALUPE RODRIGUEZ,                | Case No.: 8:23-cv-01642-MRA(JDEx)
                                        | *[Orange County Superior Court Case No.*
12              Plaintiff,              | *30-2023-01339480-CU-PO-CJC*

13 v.                                   | [Hon. Mónica Ramírez Almadani, District
                                        | Judge; Hon. John D. Early, Magistrate
14 LOWE'S HOME CENTERS, LLC,            | Judge]
   DOE MANUFACTURER; AND
15 DOES 2 TO 100,                       | **JOINT NOTICE OF SETTLEMENT**
   INCLUSIVE,
16
                Defendants.
17

18                                      | Complaint Filed:  July 28, 2023

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                        - 1 -

1

**TO THE HONORABLE COURT:**

2

Pursuant to Local Rule 16-15.7(a), the Parties hereby notify the Court that the

3

parties have reached a settlement agreement in this litigation.  The settlement is

4

confidential.  The Parties request that the Court take the matter off of its active

5

calendar pending the filing of a Stipulation of Dismissal.

6

7

Respectfully submitted,

8

Dated:  March 8, 2024                                    THARPE & HOWELL, LLP

9

10

                                                                    */s/ Andrea Breuer*

11

By: _____

12

                                                                    STEPHANIE FORMAN
                                                                    ANDREA BREUER

13

                                                                    Attorneys for Defendant,
                                                                    LOWE'S HOME CENTERS. LLC

14

Dated:  March 8, 2024                                    LAW OFFICES OF GENE J.
                                                                    GOLDSMAN

15

16

17

                                                                    */s/ Monica Lillo*

18

By: _____

19

                                                                    GENE J. GOLDSMAN
                                                                    MONICA LILLO

20

                                                                    Attorneys for Plaintiff,
                                                                    GUADALUPE RODRIGUEZ

21

22

***Pursuant to Local Rule 5-4.3.4(a)(2)(i), Andrea Breuer, the filer of this document,***

23

***attests that all other signatories listed above, and on whose behalf the filing is***
***submitted, concur in the filing's content and have authorized the filing.***

24

25

26

27

28

*THARPE & HOWELL, LLP*
*15250 Ventura Boulevard, Ninth Floor*
*Sherman Oaks, California 91403-3221*

**JOINT NOTICE OF SETTLEMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.  At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2.  My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3.  I served copies of the following documents (specify the exact title of each document served):

## JOINT NOTICE OF SETTLEMENT

4.  I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Gene J. Goldsman, Esq.<br>Law Offices of Gene J. Goldsman<br>501 Civic Center Drive West<br>Santa Ana, CA 92701<br>Tel: (714) 541-3333<br>Fax: (714) 541-0456<br>ESERVICE@GJGLAW.COM<br>mlillo@gjglaw.com | Attorneys for Plaintiff,<br>GUADALUPE RODRIGUEZ |

5.  a.  **X**    **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6.  I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 3/8/2024 | Amy Eivazian | *Amy Eivazian* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\34000-000\34152\Pleadings\FEDERAL\Jt. Notice of Settlement.docx

---

- 3 -
**JOINT NOTICE OF SETTLEMENT**