UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, DOE MANUFACTURER; AND DOES 2 TO 100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: 8:23-cv-01642-MRA(JDEx)<br>*[Orange County Superior Court Case No. 30-2023-01339480-CU-PO-CJC*<br><br>[Hon. Mónica Ramírez Almadani, District Judge; Hon. John D. Early, Magistrate Judge]<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Complaint Filed:  July 28, 2023 |

　　　Pursuant to the Notice of Voluntary Dismissal filed jointly by the parties on April 30, 2024 (ECF 21), the Court dismisses this action in its entirety, with prejudice.

Dated: May 01, 2024　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　HON. MÓNICA RAMÍREZ ALMADANI
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -
**ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**